UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED J. TURNER
    Reg. No. 62779-018

    Petitioner,

v.                                        Case No. 3:23cv2162/LC/MAL

WARDEN JOSEPH

    Respondent.
_____/

## **ORDER**

On April 17, 2023, the magistrate judge issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed. (ECF No. 6). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241

(ECF No. 1) is **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 23rd day of May, 2023.

                                        s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**